IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1178-AP**

**RAYMOND A. WARING,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER VACATING ORDER FOR REMAND AND JUDGMENT

Kane, J.

Plaintiff's Unopposed Motion to Alter or Amend Judgment (doc. #21), filed December 6, 2012 is **GRANTED**. The Order and Judgment for Remand (doc. #s 19 and 20) are **VACATED**. Plaintiff shall have up to and including December 20, 2012 to respond to the Defendant's Opposed Motion to Remand (doc. #18), filed November 26, 2012.

Dated:  December 10, 2012.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT