IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01178-MSK

RAYMOND A. WARING,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on July 29, 2013, (**Doc. #28**) granting the defendant's Motion to Remand (**Doc. #18**), it is

ORDERED that the matter is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S. C. Section 405(g).

DATED at Denver, Colorado this  31st  day of July, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk